a

# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

FEB 1 9 2004

Michael N. Milby
Clerk of Court

**Felix Recio, United States Magistrate**
**Southern District of Texas, Brownsville Division**

LAW CLERK:    Michael Knisely

Date:    February 19, 2004, 2:00 p.m.

## CIVIL ACTION NO. B03-213(HGT)

| | |
|---|---|
| UNITED STATES OF AMERICA | * M. H. Cersonsky |
| vs | * |
| SCOTT B. CHORNY | * Pro Se |

## TELEPHONIC SCHEDULING CONFERENCE

Attorney James Cersonsky and Defendant Chorny appear telephonically.

Defendant Chorny informs the Court that he is in the process of hiring an attorney.

Attorney Cersonsky informs the Court that he will be filing a reply to the response to Plaintiff's Motion for Summary Judgment, and asks that the Court withhold from submitting a report and recommendation on the motion until the reply has been filed.

The parties agree to the docket dates. A scheduling order will be issued.