United States District Court
Southern District of Texas
ENTERED
FEB 25 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT                                SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS | § | C.A. NO. B-03-213 (Judge Tagle) |
| SCOTT B. CHORNY | § | |

United States District Court
Southern District of Texas
FILED
FEB 19 2004
Michael N. Milby, Clerk of Court

## SCHEDULING ORDER

1.  Trial: Estimated time to try: 2 days.                      ☐ Bench   ☑ Jury

2.  New parties must be joined by:                                   June 01, 2004
    *Furnish a copy of this scheduling order to new parties.*

3.  The plaintiff(s)' experts will be named with a report furnished by:   May 30, 2004

4.  The defendant(s)' experts must be named with a report furnished
    within 30 days of the deposition of the plaintiff(s)' expert.        June 30, 2004

5.  Discovery must be completed by:                                  August 30, 2004
    *Counsel may agree to continue discovery beyond the deadline, but there will be
    no intervention by the Court. No continuances will be granted because of
    information acquired in post-deadline discovery.*

********************   The court will provide these dates.   ********************

6.  Dispositive Motions will be filed by:                            September 10, 2004

7.  Joint pretrial order is due:                                     September 15, 2004
    *The plaintiff(s) is responsible for filing the pretrial order on time.*

8.  Docket call and final pretrial conference before Judge Tagle
    is set for 1:30 p.m. on:                                         October 05, 2004

9.  The jury selection before Judge Tagle is set for 9:00 a.m. on:   October 07, 2004
    The case will remain on standby until tried.

Signed February 19, 2004, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge