UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT B. CHORNY

C.A. No.: B-03-213
(Claim No.: C103-00321)

### ADDENDUM TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

To the Honorable Felix Recio:

The defendant, Scott B. Chorny, continues to oppose the Motion for Summary Judgment as filed by the plaintiff. There are facts in this case that need to be determined by a jury. An AFFIDAVIT in support of the defendant's opposition has been previously forwarded and an additional AFFIDAVIT is also attached.

Respectfully submitted,

By: _____
    Scott B. Chorny, Defendant
    Post Office Box 388
    Harlingen, TX 78551
    (956) 423-6188

Feb. 25, 2004
Date

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Addendum to Defendant's Response to Plaintiff's Motion for Summary Judgment and Affidavit was sent via certified mail, return receipt requested on February 25, 2004, to:

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

_____
Scott B. Chorny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SCOTT B. CHORNY

C.A. No.: B-03-213
(Claim No.: C103-00321)

## ADDENDUM TO DEFENDANT'S AFFIDAVIT SUPPORTING OPPOSITION OF PLAINTIFF'S REQUEST FOR SUMMARY JUDGMENT

I, Scott B. Chorny, swear and state that I am the Defendant in the above numbered cause and have read the Complaint and the Motion for Summary Judgment filed by the Plaintiff in this action and know the contents thereof. I desire, and am currently seeking, legal counsel in this matter. Furthermore, additional evidence is attached that supports the need for further discovery and the need for the facts in this case to be determined by a jury.

In the pretrial hearing that took place via telephone on February 19, 2004, it was stressed by the representative of the court that matters such as this usually do not progress this far in the legal system. It was also stressed that the Judge prefers that these matters are settled prior to reaching trial. Let it be known that it is my desire to proceed with necessary discovery in this case to obtain all factual data. It is also my preference that following the completion of this discovery that this matter be resolved without having to proceed to trial.

After further review of the original complaint filed on November 19, 2003, it is apparent that "Plaintiff's Exhibit B" states that amount of HEAL loans owed by Scott B. Chorny is $70,867 on March 20, 1995. "Plaintiff's Exhibit C" states that the amount owed by Scott B. Chorny on March 20, 1995 is $48,122.89. "Plaintiff's Exhibit A" states that Scott B. Chorny owed $48,429.44 on March 20, 1995 for the same HEAL loans in question. These contents in the Plaintiff's original complaint, and also contained in the Plaintiff's Motion for Summary Judgment, are all inconsistent and in disagreement per Plaintiff's own attached exhibits.

Once again, and in summary, there is clear and obvious need for discovery to obtain and correlate the true facts of this case. Following sufficient discovery, it is my hope and desire that a settlement be reached without having to proceed to trial.

The information contained in this two page AFFADAVIT is true and correct to the best of my knowledge:

_____     \_\_02-25-04_____
Scott B. Chorny                                                                Date

Subscribed and Sworn to before me on \_\_February 25_____, 2004.

JOEL W. BROTZMAN
Notary Public
State of Texas
Comm. Exp. 04-17-2005

_____
Notary Public in and for The State of Texas