United States District Court
Southern District ...
FILED

MAY 1 7 ...

Michael N. ....
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,   §
                           §
    Plaintiff             §
                           §
VS.                    §  CIVIL ACTION B-03-213
                           §  (Claim C103-00321)
SCOTT B. CHORNY      §
                           §
    Defendant        §

## Plaintiff's Designation Of Expert and Report

To the Honorable Felix Recio:

United States of America designates M. H. Cersonsky as its expert on attorney fees. This designation is filed in compliance with the Court's Scheduling Order signed on February 19, 2004.

Cersonsky's report is that reasonable and necessary legal fees, considering the applicable factors of *Johnson vs. Highway Express*, would be 20% of the debt, since this debt is being collected on a contingent fee basis.

Cersonsky is a licensed attorney for 24 years, has taught creditors rights and remedies for six years, 1994-2000 at the University of Houston Law Center, and has represented the United States Department of Justice for 16 years. His practice involves collections, commercial law and trials. He is a frequent speaker at continuing legal seminar for attorneys and is a published author, see "Deposit Agreements Between Banks and Their customers." 31 Texas Tech Law Rev.1 (2000).

Respectfully submitted,

ALONSO, CERSONSKY & GARCIA, P.C.

By: _____

M. H. Cersonsky, TBA#04048500
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038

Attorneys for United States of America

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiff's Designation of Expert and Report was sent via certified mail, return receipt requested, on_____, 2004, to:

Scott B. Chorny
P.O. Box 388
Harlingen, Texas 78551

_____
M. H. Cersonsky