13

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS DIVISION
### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 0 3 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| vs | * | CRIMINAL NO. B-03-213 |
| | * | |
| SCOTT B. CHORNY | * | |

United States District Court
Southern District of Texas
ENTERED

JUN 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

## HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

### June 23, 2004, 9:00 a.m.

### BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO

PLACE:    U.S. Federal Building & Courthouse, 2nd Floor
          600 E. Harrison
          Brownsville, Texas 78520

**BY ORDER OF THE COURT**

June 3, 2004

cc:    ALL PARTIES