14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 1 4 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SCOTT B. CHORNY

C.A. No.: B-03-213
(Claim No.: C103-00321)

# DEFENDANT'S REQUEST TO DISMISS CIVIL ACTION

To the Honorable Felix Recio:

The defendant, Scott B. Chorny, is requesting that this case, Civil Action No. B-03-213, be dismissed in it's entirety since the dispute which is the purpose of this case has already been settled. There is no valid reason to continue with this action. An AFFIDAVIT in support of the defendant's request is attached.

Respectfully submitted,

By: _____    June 14, 2004
Scott B. Chorny, Defendant           Date
Post Office Box 388
Harlingen, TX 78551
(956) 423-6188

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing Defendant's Request To Dismiss Civil Action and Affidavit was sent via certified mail, return receipt requested on June 14, 2004, to:

Alonso, Cersonsky & Garcia
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

_____
Scott B. Chorny

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

SCOTT B. CHORNY

C.A. No.: B-03-213
(Claim No.: C103-00321)

## DEFENDANT'S AFFIDAVIT IN SUPPORT OF DISMISSAL OF CIVIL ACTION NUMBER B-03-213

I, Scott B. Chorny, swear and state that I am the Defendant in the above numbered cause for The State of Texas and have read and understand the original complaint in this case and the subsequent proceedings to date. Attached with this affidavit is "DEFENDANT'S EXHIBIT A", a letter sent to the Plaintiff via certified mail and received on 6-4-04. In this detailed letter, you will find that the defendant, Scott B. Chorny, has accepted responsibility for the HEAL loan amounts in dispute in Civil Action Number B-03-213. Furthermore, due to extreme financial problems on the part of the defendant, it is counterproductive to continue to accumulate attorney's fees and other related expenses since this dispute has already been resolved. At the current point in time, the defendant, Scott B. Chorny, is attempting to make financial arrangements acceptable to both parties.

In summary of the defendant's request, the dispute addressed in this Civil Action has already been fully resolved. There is no reason to continue this action further.

The information contained in this AFFADAVIT is true and correct to the best of my knowledge:

_____
Scott B. Chorny

June 14, 2004
Date

Subscribed and Sworn to before me on June 14, 2004.

LISA V. GARCIA
Notary Public, State of Texas
My Commission Expires
April 19, 2006

_____
Notary Public in and for The State of Texas

**DEFENDANT'S EXHIBIT A "**
**(D.E.A.)**

May 25, 2004

Edith Salazar
Alonso, Cersonsky & Garcia, P.C.
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

RE: Scott B. Chorny
Claim No. C103-00321

Dear Ms. Salazar:

I am writing this letter in reference to our conversation that took place via telephone on 4-28-04 and my follow up fax correspondence sent on 5-18-04. Please find 15 total pages enclosed. In our telephone conversation on 4-28-04, you stated that this case will not be resolved or dismissed until financial arrangements have been completed. On 5-17-04, I received information from the Internal Revenue Service that was necessary to complete income tax return information. This has since been completed and I am attaching our income tax returns for the past three years with this letter.

There is much information regarding our financial situation that is pertinent in settling this matter due to the significant detriment to our financial status in recent years. Some of these factors leading to extreme financial difficulty are:

-Problems initially began with loss of my job in early or mid 1997. Could not find gainful employment until late 1997 and early 1998.
-Worked for a corporation from late 1997 through early 2001 when the struggling business was closed and later dissolved. Legal issues then followed.
-Was homeless for a period of time in 2001 until we got help from family.
-During the time of the failed business, numerous personal debts, business debts, student loan debts and tax debts continued to grow out of control.
-At the time of this letter, our total income for the calendar year 2004 to date is only approximately ten thousand dollars ($10,000). We are preparing to possibly move out of town in the next few months to find more gainful work.
-Our current debt liability is estimated in excess of four hundred thousand dollars ($400,000), and may be considerably more dependent upon tax debt.
-My student loan debt is currently in excess of two hundred and thirty thousand dollars ($230,000). With my $153,000 plus of federal student loans not included in this legal action, it was determined by Direct Loans that my affordable and reasonable payment is currently five dollars ($5) per month.

**D.E.A.**
**-2**

Please understand that my concerns with these financial difficulties are not solely mine, but most prominently affect my wife and six children, all still dependents at home. We have sought legal advice from an attorney and are considering legal options for help with our debt and financial woes.

As I stated during our telephone conversation on 4-28-04, I have not been able to discover any additional information that relieves me of the student loan debt addressed in this case. I am requesting at this time that Alonso, Cersonsky & Garcia dismiss this suit, Claim No. C103-00321, so that we may continue with discussion of our financial situation and ability to make payments on the HEAL loans addressed. Since I am now in agreement with the amount of student loans and responsibility, it is counterproductive to continue to accumulate attorney's fees and other expenses related to this matter.

If necessary, you may forward any response to me.

Sincerely,

Scott B. Chorny, DC
P.O. Box 388
Harlingen, TX 78551

D.E.A.
-3

## Summary of Debts

Scott B. Chorny
SS# 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

| $ AMOUNT | DEBTOR |
|---|---|
| 153,000 plus | Direct Loans – Student loans |
| 75,000 plus | HEAL loans – not including Atty. fees |
| 90,000 est. | Civil judgment by former employer |
| 50,000 est. | Business loan debt to Dr. Barrett |
| 40,000 est. | Approximately forty creditors and |
| $408,000 | debtors for personal and business debts. Currently compiling detailed list. |
| PLUS | Unknown amount of Federal Taxes and Penalties. |
| $500,000 | TOTAL DEBTS MAY APPROACH OR EVEN EXCEED! |