UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 23 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff | § | |
| VS. | § § | CIVIL ACTION B-03-213<br>(Claim C103-00321) |
| SCOTT B. CHORNY | § § | |
| Defendant | § | |

## PLAINTIFF'S RESPONSE TO DEFENDANT'S REQUEST TO DISMISS CIVIL ACTION

TO THE HONORABLE FELIX RECIO:

United States of America Plaintiff, wishes to inform the court that no settlement has been reached and that the United States of America objects to his request to dismiss the civil action, specially since a Summary Judgment hearing is set for June 23, 2004.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÍA, P.C.

By: _____
M. H. Cersonsky, TBA#04048500
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038

Attorneys for United States of America

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Plaintiff's Response to Defendant's Request to Dismiss Civil Action was sent via certified mail, return receipt requested, on June 17, 2004, to:

Scott B. Chorny
P.O. Box 388
Harlingen, Texas 78551

M. H. Cersonsky