COURT MINUTES

United States District Court
Southern District of Texas
FILED
JUN 23 2004
Michael N. Milby, Clerk of Court

Felix Recio, Judge Presiding
Southern District of Texas, Brownsville Division

Deputy Clerk:  L M Villarreal
ERO:           Bertha Vasquez
Law Clerk:     Michael Knisely
CSO:           Daniel Figueroa

Date:          June 23, 2004, 9:15 a.m. to 9:25 a.m.

---

### C.A. NO.  B-03-213 (HGT)

---

UNITED STATES OF AMERICA         * M H Cersonsky

       VS                        *

SCOTT B. CHORNY                  * Pro Se

---

### HEARING ON MOTION FOR SUMMARY JUDGMENT

Attorney Cersonsky appeared for the Plaintiff.
Defendant CHORNY did not appear.

For the record, the defendant was sent a notice of hearing on June 3, 2004, at his last known address, P.O. Box 388, Harlingen, Texas. The return receipt was received with his signature dated June 14, 2004.

Attorney Cersonsky gave a summary of the case.

Presentation on the Motion for Summary Judgment made.

Attorney Cersonsky stated that no settlement has been reached and that no genuine facts have been asserted. The Plaintiff requests that judgment against the defendant be entered.

The Court will file a report and recommendation recommending that the Motion for Summary Judgment be granted.