| UNITED STATES DISTRICT COURT | ★ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

UNITED STATES OF AMERICA § 
§ 
versus § CIVIL ACTION B-03-213
§ 
SCOTT B. CHORNY §

United States District Court
Southern District of Texas
ENTERED

JUL 1 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

## Amended Order Setting
## Docket Call and Jury Selection

1. Docket call and final pretrial conference
   has been moved-up to 1:30 p.m. on:                9/22/2004

2. Jury selection is set for 9:00 a.m. on:           10/4/2004
   *The case will remain on standby until tried.*

3. Each party shall appear by an attorney with full knowledge of the facts and
   authority to bind the client.

Signed _____July 12_____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge