UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 2 0 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk D. Ahumada

| | | |
|---|---|---|
| United States of America, | § | |
| Plaintiff, | § | |
| | § | CIV. ACTION NO. B-03-213 |
| v. | § | |
| | § | |
| Scott B. Chorny, | § | |
| Defendant. | § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION
### OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Report and Recommendation is hereby ADOPTED. Furthermore, the Plaintiff's Motion for Summary Judgment (Docket Entry No. 7) is hereby GRANTED. Accordingly, judgment is hereby ENTERED in favor of the Plaintiff in the following amounts:

| | |
|---|---|
| Current Principal: | $74,588.11 |
| Interest on Principal (as of 1/31/03) | $ 898.47 |
| Attorney's Fees: | $ 3500.00 |
| Total Due: | $78,986.58 |
| Interest Rate: 4.375% | |
| Daily Accrual: $ 8.94 | |

Post Judgment Interest at __2.07__ % per annum; and
Private Process Server Fees of $65.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this __14__ day of __July__, 2004.

_____
Hilda Tagle
United States District Judge