| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

United States District Court
Southern District of Texas
FILED

OCT 0 5 2004

Michael N. Milby
Clerk of Court

UNITED STATES OF AMERICA, §
§
Plaintiff, §
§
Vs. § CIVIL ACTION B-03-213
§ (Claim C-103-00321)
SCOTT B. CHORNY, §
§
Defendant. §

## ABSTRACT OF JUDGMENT

| Date Judgment Entered | 07-20-04 |
|---|---|
| Judgment in Favor of: | UNITED STATES OF AMERICA<br>c/o Plaintiff's Attorney (*See Below)<br>Alonso, Cersonsky & García, P.C. |
| Judgment Against: | SCOTT B. CHORNY |
| Amount of Judgment: | $74,588.11   in principal;<br>$898.47   total interest accrued as of 01-31-03 |
| Amount of Costs: | $3500.00   in Attorney's Fees<br>$65.00 in Private Process Server Fees |
| Pre-judgment Rate of Interest: | $8.94 Per Diem (4.375% Per Annum) |
| Post-judgment Rate of Interest: | 2.07% |
| Amount of Credits Since Judgement: | None. |
| Amount Due: | $ |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court for the Southern District of Texas, in the above captioned case.

Dated: 10-5-04                                            MICHAEL N. MILBY, Clerk

                                                          By: _Danielle Chumode_____
                                                                                    Deputy Clerk

* Return to: ALONSO, CERSONSKY & GARCÍA, P.C.
    5065 Westheimer, Suite 600
    Houston, Texas 77056